UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 16-CV-81700-BRANNON**

THOMAS E. JORDAN,

    Plaintiff,

v.

JM CUSTOM WOODWORKING, INC., a Florida
Profit Corporation, and JEREMY MULLIGAN,
Individually,

    Defendants.

_____/

## ORDER JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Parties', Plaintiff, THOMAS JORDAN ("Plaintiff"), and Defendants, JM CUSTOM WOODWORKING, INC., a Florida profit corporation and JEREMY MULLIGAN (collectively, "Defendants"), (collectively, the "Plaintiff" and "Defendants" referred to as the "Parties"), Joint Motion to Approve and Stipulation of Dismissal with Prejudice, and pursuant to the Confidential Settlement Agreement reached between the parties, and upon the full record, it is

ORDERED AND ADJUDGED that:

1. The parties' settlement is hereby APPROVED.

2. This case is DISMISSED with prejudice with the Court retaining jurisdiction to enforce the Parties' Confidential Settlement Agreement; and

3. Any and all pending motions are hereby DENIED AS MOOT.

DONE AND ORDERED, in Chambers, at Palm Beach County, Florida, this \_\_ day of _____, 2017.

                                        _____
                                        DAVE L. BRANNON
                                        UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record